Order entered January 21, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00855-CV

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellant**

**V.**

**KINGMAN HOLDINGS, LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

Before the Court is appellant's January 15, 2015, unopposed second motion to extend time to file appellant's reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief be filed no later than February 2, 2015.

/s/    CRAIG STODDART
        JUSTICE